UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: Ruth D. Kahn,

Richard James Hettler,

Petitioner/Appellant, Civil No. 00-2337 (RHK)

vs. **O R D E R**

Thomas F. Miller, Trustee for the
Bankruptcy Estate of Ruth D. Kahn,

Respondent/Appellee.

---

Appellant Richard Hettler has brought a second motion asking the Court to allow his appeal. This Motion purports to be brought pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and attacks this Court's Order of December 27, 2000. The Court has reviewed Hettler's motion and supporting affidavit and hereby **DENIES** the motion.[1]

Also before the Court is Appellant Hettler's Verified Motion for Leave to Proceed In Forma Pauperis and for Court Appointed Counsel. In connection with

[1]Several of the documents attached to Hettler's supporting affidavit had previously been faxed to the undersigned's chambers without explanation. After filing the motions that are the subject of this Order, Hettler has sent copies of additional documents to the undersigned's chambers. Hettler is advised that faxing documents to an individual judge's chambers does not constitute "filing" those documents with the Court; all further documents faxed to the undersigned's chambers will be destroyed without review.

FILED JAN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

this motion, Hettler has filed a financial affidavit. The Court concludes that Hettler's affidavit does not satisfy the requirements of 28 U.S.C. § 1915(a)(1).

Accordingly, **IT IS ORDERED** that Hettler's Motion to Reverse Order of December 27, 2000 (Doc. No. 11) is **DENIED**; and Hettler's Verified Motion for Leave to Proceed In Forma Pauperis and for Court Appointed Counsel (Doc. No. 14) is **DENIED**.

Dated: January 8, 2001

RICHARD H. KYLE
United States District Judge